

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-12-00315-CV

Dakota Snow **PIKE-GRANT**,
Appellant

v.

Jeffrey Alan **GRANT**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 27731
Honorable Carl Pendergrass, Judge Presiding

# O R D E R

On November 14, 2014, the Texas Supreme Court issued the mandate in this appeal in which it ordered our prior judgment reversed and the matter remanded to this court for further proceedings in accordance with its decision. Accordingly, the parties may file amended briefs as they deem necessary.

We **ORDER** appellant to file her amended brief, if any, in this court on or before July 24, 2015. The appellee's amended brief, if any, will be due in this court thirty days after the date appellant's amended brief is filed. If either party chooses not to file an amended brief, that party is **ORDERED** to notify this court of such fact in writing on or before July 6, 2015. If appellant decides not to file an amended brief, appellee may still file an amended brief, and such brief will be due thirty days after the date appellant advises this court in writing that she does not intend to file an amended brief.

We **order** the clerk of this court to serve copies of this order on appellant, appellee, and all counsel — those representing the parties in this court and in the Texas Supreme Court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.



_____
Keith E. Hottle
Clerk of Court